IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION

v. :

: No. 26CR475

JAMIL AHMAD

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for an **ARRAIGNMENT/PLEA** hearing on **October 14, 2026 at 1:00 p.m.** before the **Honorable Craig M. Straw,** in **Courtroom 3G, 3rd floor** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court. If the Defendant fails to appear the presiding judge may issue a bench warrant.**

☒ **Interpreter: An Urdu interpreter will be required for the defendant.**

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Donna Marie Croce Courtroom Deputy to Judge Craig M. Straw
Phone: 267-299-7661

Date:

cc via U.S. Mail: Defendant

cc via email: Defense Counsel: Tony Ortiz
Assistant U.S. Attorney: Rob Livermore
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator